## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO:  8:00-CR-210-T-30TBM

TITO DANIEL ESTUPINAN
_____/

# ORDER

This cause comes before the Court on Defendant's Motion for copies without pre-payment of costs (Dkt. #232) and Motion to proceed *in forma pauperis* (Dkt. #233).  A defendant must first show the documents are reasonably necessary for the presentation of an issue to the Court.  Defendant does not identify any such issue.  Further, Defendant's appeal to the Eleventh Circuit ended when it entered its Judgment on September 4, 2002.  Defendant did not seek certiorari to the United States Supreme Court.  The identification of an issue at this point would have to include some explanation as to why it is not now time-barred.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant's Motion for copies without pre-payment of costs (Dkt. #232) is DENIED.

2.     Defendant's Motion to proceed *in forma pauperis* (Dkt. #233) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2000\00-cr-210.order.wpd*